IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

WALTER REESE,

    Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 12-cv-172-bbc

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of plaintiff Walter Reese against defendant Michael J. Astrue reversing and remanding the decision of the commissioner pursuant to sentence four of the 42 U.S.C.§ 405(g).

_____    _____
Peter Oppeneer, Clerk of Court                      1/15/2013
                                                                                  Date