IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

WALTER REESE,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting
Commissioner of Social Security,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 12-cv-172-bbc

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered awarding plaintiff Walter Reese attorneys fees under the Equal Access to Justice Act in the amount of $10,641.81.

By: _____, Deputy Clerk     7-5-2013
    Peter Oppeneer, Clerk of Court                  Date